# AFFIDAVIT

**STATE OF ARKANSAS**

**COUNTY OF** Polk

BEFORE ME, the undersigned Notary Public, personally came and appeared Inola Fairless, who, after being by me duly, sworn, declared that:

1. I was well acquainted with the late Mary Blake Scott ("Mary") We were longtime friends who spoke, at least by telephone, on almost a daily basis.

2. On several occasions, including one in 2007, about four months before she was diagnosed with a terminal illness, Mary told me that she wanted to get her will "fixed up," to be sure that her Walmart stock would go, upon her death, to her daughter, Brenda Blake Orgeron, and Brenda's children.

3. Mary also told me that Buck Scott's name was on her Merrill Lynch stock account because the "tax people" said it was better if she had another name on the account. I don't know who Mary meant by the "tax people," and I never heard her mention using any professional tax adviser.

*Inola Fairless*
Inola Fairless

SWORN TO AND SUBSCRIBED before me, Notary Public, this 15th day of September, 2009.

*Susan S. Slinkerd*
NOTARY PUBLIC

EXHIBIT A